Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
JOVANNY ARELLANES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOVANNY ARELLANES, Defendants | CASE NO.  2:13-CR-227 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 10/28/16 AT 9:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA Todd Pickles, and Defendant Jovanny Arellanes, represented by Attorney Dina Santos, hereby stipulate as follows:

1.　By previous order, this matter was set for status on October 21, 2016.

2.　By this stipulation, defendant now moves to continue the status conference until October 28, 2016, for change of plea and to exclude time between October 21, 2016, and October 28, 2016, under Local Code T4.  Plaintiff does not oppose this request.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　Counsel for defendants desire additional time finalize a plea agreement, continue to conduct investigation, and to otherwise prepare for trial.

　　b)　Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　c)　The government does not object to the continuance.

　　d)　Based on the above-stated findings, the ends of justice served by continuing the

Stip. & [Proposed] Order Continuing Status Conf. &　　　1
Excluding Time Periods Under Speedy Trial Act

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2016, to October 28, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 19, 2016        PHILLIP TALBERT
                   United States Attorney

                   /s/ Todd Pickles
                   TODD PICKLES
                   Assistant United States Attorney

Dated: October 19, 2016        /s/  Dina L. Santos
                   DINA SANTOS, ESQ.
                   Attorney for Jovanny Arellanes

////
///
//
/

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 20, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge