Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
JOVANNY ARELLANES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOVANNY ARELLANES, Defendants | CASE NO. 13-0227 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 11/18/16 AT 9:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA Todd Pickles, and Defendant Jovanny Arellanes, represented by Attorney Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 28, 2016.

2. By this stipulation, defendant now moves to continue the status conference until November 18, 2016, for change of plea and to exclude time between October 28, 2016, and November 18, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time finalize a plea agreement, continue to conduct investigation, and to otherwise prepare for trial. It is anticipated that Mr. Arellanes will be prepared to enter a change of plea on November 18, 2016.

    b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 28, 2016, to November 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 27, 2016                    PHILLIP TALBERT  
                                              United States Attorney

                                              /s/ Todd Pickles  
                                              TODD PICKLES  
                                              Assistant United States Attorney

Dated:  October 27, 2016                    /s/   Dina L. Santos  
                                              DINA SANTOS, ESQ.  
                                              Attorney for Jovanny Arellanes

////  
///  
//

/

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge